ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 006167
PERRY & WESTBROOK,
A Professional Corporation
11500 S. Eastern, Suite 140
Henderson, NV 89052
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
Email: awestbrook@perrywestbrook.com
*Attorneys for Defendants,*
*Gary Yaggie and Smartway Trucking, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAYLA KATHERIN VARGAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GARY YAGGIE, an individual; SMARTWAY TRUCKING, INC., a Domestic Corporation; DOES I through XV, and ROE Corporations I through X, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-01372-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS, GARY YAGGIE AND SMARTWAY TRUCKING, INC., TO RESPOND TO PLAINTIFF'S OFFER OF JUDGMENT** |

The Parties to this action, by and through their respective counsel of record, hereby stipulate to and request an Order in this matter extending the time for Defendants, Gary Yaggie and Smartway Trucking, Inc., to respond to Plaintiff's Offer of Judgment that was served via First Class, U.S. Mail, postage prepaid on September 20, 2024.

The parties have discussed the need to obtain additional information for Defendants to reasonably evaluate the Offer of Judgment and have agreed to extend the fourteen-day time period

to respond to an Offer of Judgment, as set forth in F.R.C.P. 68 and associated case law, by an additional thirty days, to, and including, November 4, 2024. During this additional time, the parties have agreed that an F.R.C.P. 35 Examination will be conducted by the defense-retained physician, Dr. Vladimir Sinkov, on October 16, 2024, and the deposition of Plaintiff will be conducted on a date currently being determined, but in any case, prior to November 4, 2024.

IT IS SO STIPULATED:

DATED this 2nd day of October, 2024            DATED this 2nd day of October, 2024

/s/ Mahna Pourshaban            /s/ Alan W. Westbrook
Mahna Pourshaban, Esq.            Alan W. Westbrook, Esq.
Nevada Bar No. 13743            Nevada Bar No. 006167
GINA CORENA & ASSOCIATES            PERRY & WESTBROOK
300 S. Fourth Street, Suite 1400            11500 S. Eastern Avenue, Ste. 140
Las Vegas, Nevada 89101            Henderson, Nevada 89052
*Attorneys for Plaintiff*            *Attorneys for Defendants,*
            *Gary Yaggie and Smartway Trucking, Inc.*

**IT IS SO ORDERED.**

_____
**JUDGE OF THE DISTRICT COURT**

DATED: 10-4-24